AO 93 (Rev. 5/85) Search Warrant

# United States District Court
## DISTRICT OF DELAWARE

**In the Matter of the Search of**

(Name, address or brief description of person or property to be searched)

The premises located at

Wilmington, Delaware 19810

REDACTED

**SEARCH WARRANT**

CASE NUMBER: 08-136-M

TO: __Theodore J. Theisen__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by SPECIAL AGENT, Theodore J. Theisen, FBI who has reason to
                                                                  Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

2114 Exton Drive, Wilmington, Delaware 19810 (as more fully described in Attachment A)

in the District of _____ DELAWARE _____ there is now
concealed a certain person or property, namely (describe the person or property)

evidence, fruits and instrumentalities of the unlawful transportation, receipt, and possession of child pornography (as more fully described in Attachment B)

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __August 14, 2008__
                                                                               Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to Mary Pat Thynge, United States Magistrate Judge
as required by law.                                                                         U.S. Judge or Magistrate

AUG 1 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

8/4/08  1:50 p.m.                      at   Wilmington, Delaware
Date and Time Issued                         City and State
Mary Pat Thynge
United States Magistrate Judge
Name and Title of Judicial Officer           Signature of Judicial Officer

FD-597 (Rev 8-11-94)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 305A-BA-109587

On (date) August 6, 2008

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) JACK BRIGGS AND CINDA CRANE

(Street Address) _____

(City) Wilmington, DE

Description of Item(s):

- #1 - Gateway desktop, Model MFATXSTLE1P500X, S/N: 0025101631  (Room A)
- #2 - Dell XPS 400 desktop, S/N: 4XDJN91  (Room A)
- #3 - One (1) 512 MB Memorex travel drive  (Room A)
- #4 - Dell Inspiron laptop, 9100 series (Green), S/N: 13HZD51  (Room L)
- #5 - One (1) 1 GB Cruzer thumb drive, in "Accomplish-mints" box  (Room L)
- #6 - One (1) 32 MB SanDisk SD card  (Room A)
- #7 - One (1) 2 GB Memorex travel drive in green box  (Room A)
- #8 - Sixty-two (62) assorted CDs and DVDs  (Room A)
- #9 - One (1) Memorex CD-R labelled "1/27/08 My Docs"  (Room L)
- #10 - Two (2) Manila folders w/Verizon info  (upstairs hallway)
- #11 - One (1) Dell 256 MB thumb drive  (Room K)
- #12 - One (1) Sandisk MobileMate MS+  (Room K)
- #13 - Dell Inspiron 6000 laptop, S/N: 38M4B81 & power cord  (Room K)
- #14 - Forty-five (45) 3.5" floppy disks  (Room A)
- #15 - Assorted files from file cabinet  (Room A)
- #16 - 139 x 3.5" floppy disks and 10 x zip disks  (Room A)
- #17 - 12 x 3.5" floppy disks / 1 x zip disk / 2 x CD-R  (Room A)

NOTHING FOLLOWS

Received By: _____ (Signature)   Received From: Cinda J. Crane (Signature)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| THE PREMISES KNOWN AS ) | Case No.08- /3&-/17 |
| Wilmington, Delaware 19810 ) | |

## ATTACHMENT A

### DESCRIPTION OF LOCATION TO BE SEARCHED

The location known as 2114 Exton Drive, Wilmington, Delaware 19810 is identified as:

a two story, single family dwelling with a light yellow exterior. This house has a brown roof and maroon shutters. The number "2114" is posted on the mailbox in front of the house.



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| SEARCH OF: ) | |
| THE PREMISES KNOWN AS ) | Case No.08- /3 6 - M |
| ) | |
| Wilmington, Delaware 19810 ) | |

## ATTACHMENT B

### LIST OF ITEMS TO BE SEIZED

A. images of child pornography or child erotica and files containing images of such in any form wherever it may be stored or found including, but not limited to:

i. any computer, computer system and related peripherals; computer hardware; computer software; tapes, cassettes, cartridges, streaming tape, commercial software and hardware. computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, digital cameras, scanners, monitors, printers, external storage devices, routers, modems, computer photographs, Graphic Interchange formats and/or photographs, undeveloped photographic film, slides, and other visual depictions of such Graphic Interchange formats (including, but not limited to, JPG, GIF, TIF, AVI, and MPEG), and any electronic data storage devices including, but not limited to hardware, software, diskettes, backup tapes, CD-ROMS, DVD, Flash memory devices, and other storage mediums; any input/output peripheral devices, including but not limited to computer passwords and data security devices and computer-related documentation, and any hardware/software manuals related to or used to: visually depict child pornography; contain information pertaining to the interest in child pornography; and/or distribute, receive, or possess child pornography, or information pertaining to an interest in child pornography, or information pertaining to an interest in child pornography;

ii. books and magazines containing visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

iii. originals, copies, and negatives of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256; and

iv Motion pictures, films, videos, and other recordings of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

B.   Information, correspondence, records, documents or other materials pertaining to the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256, that were transmitted or received using computer, some other facility or means of interstate or foreign commerce, common carrier, or the U.S. mail including, but not limited to:

i.   envelopes, letters, and other correspondence including, but not limited to, electronic mail, chat logs, and electronic messages, establishing possession, access to, or transmission through interstate or foreign commerce, including by United States mail or by computer, of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256; and

ii.   books, ledgers, and records bearing on the production, reproduction, receipt, shipment, orders, requests, trades, purchases, or transactions of any kind involving the transmission through interstate or foreign commerce including by United States mail or by computer of any visual depiction of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

iii.   Any and all records, documents, or materials, including any and all address books, mailing lists, supplier lists, mailing address labels, and any and all documents and records pertaining to the preparation, purchase, and acquisition of names or lists of names to be used in connection with the purchase, sale, trade, or transmission, through interstate commerce including by United States mail or by computer, any visual depiction of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256;

iv.   Any and all records, documents, or materials, including any and all address books, names, and lists of names and addresses of minors visually depicted while engaging in sexually explicit conduct, defined in Title 18, United States Code, Section 2256;

v.   Any and all records of Internet usage including user names and e-mail addresses and identities assumed for the purposes of communication on the Internet. These records may include billing and subscriber records, chat room logs, e-mail messages, and include electronic files in a computer and on other data storage mediums, including CDs or DVDs;

C.   credit card information including but not limited to bills and payment records, including but not limited to records of internet access;

D.   records evidencing occupancy or ownership of the premises described above, including, but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence;

E.   records or other items which evidence ownership or use of computer equipment found in the above residence, including, but not limited to, sales receipts, bills for Internet access, and handwritten notes.